JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| J.B., a minor, by and through her Guardian ad Litem, MICHELLE BENITEZ,<br><br>Plaintiffs,<br><br>v.<br><br>BONITA UNIFIED SCHOOL DISTRICT,<br><br>Defendant. | Case No. 2:23-cv-10756-SPG-SSC<br><br>**ORDER GRANTING JOINT STIPULATION FOR DISMISSAL PURSUANT TO FRCP RULE 41(a)(1)(A)(ii) [ECF NO. 27]** |

This matter is before the Court on the parties' Joint Stipulation to Dismiss pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). (ECF No. 27 ("Stipulation")). Pursuant to the Stipulation, the parties have requested and agree that the matter should be dismissed with prejudice. The Court, having considered the parties' Stipulation and finding good cause thereof, hereby dismisses this case with prejudice and directs the clerk to close the file.

**IT IS SO ORDERED.**

Dated: October 2, 2024

_____
HON. SHERILYN PEACE GARNETT
UNITED STATES DISTRICT JUDGE